FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 16-04857 CED Judge: Caryl E. Delano | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | Date Filed (f) or Converted (c): | 09/27/16 (c) |
|  |  | 341(a) Meeting Date: | 10/25/16 |
| For Period Ending: | 03/31/20 | Claims Bar Date: | 01/23/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY 6950 Seminole Blvd 6950 Seminole Blvd., LLC 65% interest | 780,000.00 | 200,000.00 |  | 1,675,052.00 | FA |
| 2. CONTINGENT CLAIMS (u) possible causes of action | 0.00 | 1,000.00 |  | 0.00 | FA |
| 3. COMMERCIAL PROPERTY 10570 Gandy Blvd | 2,200,000.00 | 0.00 |  | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,980,000.00 | $201,000.00 | | $1,675,052.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-3/20 working on closing

See notes in related case 16-04856 Vegas Management, LLC

-10/24/16 cases under Joint Admin docket entries in 16-04856

-11/17 working w/ epiq on coding deposit correcctly

-11/17 working w/ epiq on coding funds in / out correctly, they are having to work on, complicated transactions

-11/16/17 ongoing calls w/ epiq Kevin / Sylvia on getting deposit and cks out coded correctly.

-11/16/17 Sylvia at epiq worked on transactions w/ Roger.  Should be ok now, ran sample TFR.

-12/4/17 Atty Wrede K. called, his bank won't deposit ck, needs to be not his name on, but his firm:  Hines Norman Hines, told him to write void on the check and send it back and i will reissue.

Initial Projected Date of Final Report (TFR): 12/31/18     Current Projected Date of Final Report (TFR): 12/31/20

LFORM1

Ver: 22.02d

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-04857 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1409  Checking Account |
| Taxpayer ID No: | *******8130 | | |
| For Period Ending: | 03/31/20 | Blanket Bond (per case limit): | $ 26,699,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/17 | | Genovese Joblove & Battista PA | Sale Proceeds Order 227 | | 880,085.02 | | 880,085.02 |
| | 1 | GENOVESE JOBLOVE & BATTISTA PA | Memo Amount:         1,675,000.00 | 1110-000 | | | |
| | | | Sale Proceeds Order 227 | | | | |
| | | | Memo Amount:         1,000.00 | 1110-000 | | | |
| | | | closing fee GJB HUD # 1101 | | | | |
| | | | Memo Amount:         5,647.74 | 1110-000 | | | |
| | 1 | | closing cost GJB HUD # 1108 | | | | |
| | | | Memo Amount:         52.00 | 1110-000 | | | |
| | | | recording fee overestimate | | | | |
| | | | Memo Amount:    (    646,242.39 ) | 4110-000 | | | |
| | | | First Mortg Whitney Bank | | | | |
| | | | Memo Amount:    (    85,000.00 ) | 4110-000 | | | |
| | | | 2nd Mortg Tom Frederick | | | | |
| | | | Memo Amount:    (    4,252.40 ) | 2820-000 | | | |
| | | | 2017 real estate tax | | | | |
| | | | Memo Amount:    (    400.00 ) | 2500-000 | | | |
| | | | title search | | | | |
| | | | Memo Amount:    (    27.00 ) | 2500-000 | | | |
| | | | recording fees | | | | |
| | | | Memo Amount:    (    11,725.00 ) | 2820-000 | | | |
| | | | state tax | | | | |
| | | | Memo Amount:    (    18.50 ) | 2500-000 | | | |
| | | | recording fees | | | | |
| | | | Memo Amount:    (    18,004.50 ) | 2820-000 | | | |
| | | | 2014 real estate tax | | | | |
| | | | Memo Amount:    (    18,512.71 ) | 2820-000 | | | |
| | | | 2015 real estate tax | | | | |
| | | | Memo Amount:    (    16,821.22 ) | 2820-000 | | | |

Page Subtotals          880,085.02          0.00

Ver: 22.02d

LFORM24

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-04857 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******1409  Checking Account |
| Taxpayer ID No: | *******8130 |  |  |
| For Period Ending: | 03/31/20 | Blanket Bond (per case limit): | $ 26,699,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | 2016 real estate tax |  |  |  |  |
|  |  |  | Memo Amount:  ( 339.99 ) | 4120-000 |  |  |  |
|  |  |  | utility lien |  |  |  |  |
|  |  |  | Memo Amount:  ( 100.00 ) | 2500-000 |  |  |  |
|  |  |  | lien search |  |  |  |  |
|  |  |  | Memo Amount:  ( 171.01 ) | 4120-000 |  |  |  |
|  |  |  | City of Seminole Lien |  |  |  |  |
| 11/13/17 | 003001 | Genovese Joblove & Battista | Funds incorrectly deposited | 1110-002 | -1,000.00 |  | 879,085.02 |
| 11/13/17 | 003002 | Genovese Joblove & Battista | Funds incorrectly deposited | 1110-002 | -5,647.74 |  | 873,437.28 |
| 11/13/17 | 003003 | Genovese Joblove & Battista P.A.<br>Robert Elgidely, Esq.<br>200 E. Broward Blvd.., Ste. 1110<br>Ft. Lauderdale, FL  33301 | Attys Fees Order Doc 298 |  |  | 176,091.23 | 697,346.05 |
|  |  |  | Fees           171,737.06 | 3210-000 |  |  |  |
|  |  |  | Expenses         4,354.17 | 3220-000 |  |  |  |
| 11/13/17 | 003004 | Jennis Law Firm<br>400 N. Ashley Dr., Ste. 2540<br>Tampa, FL  33602 | Attorneys Fees Order Doc 260, 304 |  |  | 22,472.60 | 674,873.45 |
|  |  |  | Fees            22,443.00 | 3210-000 |  |  |  |
|  |  |  | Expenses            29.60 | 3220-000 |  |  |  |
| * 11/29/17 | 003005 | Trustee Account of<br>G. Wrede Kirkpatrick<br>Deewynn Cox, Guardian Jacqueline Lowy<br>315 S. Syde Park Ave.<br>Tampa, FL  33606 | Per Order Doc No 299 | 7100-003 |  | 308,029.76 | 366,843.69 |
| * 12/13/17 | 003005 | Trustee Account of<br>G. Wrede Kirkpatrick<br>Deewynn Cox, Guardian Jacqueline Lowy<br>315 S. Syde Park Ave. | void reissue ck 3005 | 7100-003 |  | -308,029.76 | 674,873.45 |

Page Subtotals          -6,647.74        198,563.83

LFORM24

Ver: 22.02d

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-04857 -CED | | Trustee Name: | ANGELA WELCH , TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | JFL VENTURE FUND IV, LLC | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1409  Checking Account |
| Taxpayer ID No: | *******8130 | | | |
| For Period Ending: | 03/31/20 | | Blanket Bond (per case limit): | $ 26,699,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/13/17 | 003006 | Tampa, FL  33606<br>Trustee Account of<br>Hines Norman Hines, P.L., for benefit of<br>Deewynn Cox,asGuardianof Jacqueline Lowy<br>315 S. Hyde Park Ave.<br>Tampa, FL  33606 | Per Order Doc No 299 | 7100-000 | | 308,029.76 | 366,843.69 |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 789.74 | 366,053.95 |
| 01/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 818.39 | 365,235.56 |
| 02/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 543.79 | 364,691.77 |
| 03/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 490.24 | 364,201.53 |
| 04/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 541.90 | 363,659.63 |
| 05/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 523.70 | 363,135.93 |
| 06/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 540.33 | 362,595.60 |
| 07/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 522.16 | 362,073.44 |
| 08/27/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 538.75 | 361,534.69 |
| 09/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 538.02 | 360,996.67 |
| 10/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 519.86 | 360,476.81 |
| 11/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 536.37 | 359,940.44 |
| 12/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 518.36 | 359,422.08 |
| 01/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 534.83 | 358,887.25 |
| 02/05/19 | 003007 | Angela Welch, Trustee | Interim Fees Order 348 | 2100-000 | | 25,000.00 | 333,887.25 |
| 02/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 534.03 | 333,353.22 |
| 03/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 454.12 | 332,899.10 |
| 04/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 495.31 | 332,403.79 |
| 05/28/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 478.68 | 331,925.11 |
| 06/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 493.96 | 331,431.15 |
| 08/15/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 331,431.15 | 0.00 |

| | Page Subtotals | 0.00 | 674,873.45 |
| --- | --- | --- | --- |

Ver: 22.02d

LFORM24

FORM 2

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-04857 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1409  Checking Account |
| Taxpayer ID No: | *******8130 | | |
| For Period Ending: | 03/31/20 | Blanket Bond (per case limit): | $ 26,699,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,681,699.74 | COLUMN TOTALS | 873,437.28 | 873,437.28 | 0.00 |
| Memo Allocation Disbursements: | 801,614.72 | Less:  Bank Transfers/CD's | 0.00 | 331,431.15 | |
| | | Subtotal | 873,437.28 | 542,006.13 | |
| Memo Allocation Net: | 880,085.02 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 873,437.28 | 542,006.13 | |

Page Subtotals    0.00    0.00

Ver: 22.02d

LFORM24

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-04857 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0143  Checking Account |
| Taxpayer ID No: | *******8130 | | |
| For Period Ending: | 03/31/20 | Blanket Bond (per case limit): | $ 26,699,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/19 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 331,431.15 | | 331,431.15 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 331,431.15 | 0.00 | 331,431.15 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 331,431.15 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 1,681,699.74 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 801,614.72  * | Checking Account - ********1409 | 873,437.28 | 542,006.13 | 0.00 |
| | | Checking Account - ********0143 | 0.00 | 0.00 | 331,431.15 |
| Total Memo Allocation Net: | 880,085.02 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 873,437.28 | 542,006.13 | 331,431.15 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        331,431.15        0.00

LFORM24

Ver: 22.02d