# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re: §
§
JFL VENTURE FUND IV, LLC § Case No. 16-04857 CED
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANGELA WELCH , TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,200,000.00      Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,248,995.22      Claims Discharged
                                                     Without Payment: 4,832,067.93

Total Expenses of Administration: 426,056.78

---

3) Total gross receipts of $ 1,675,052.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 1,675,052.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ 2,683,926.61 | $ 757,448.46 | $ 731,753.39 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 404,009.78 | 404,009.78 | 404,009.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | 22,047.00 | 22,047.00 | 22,047.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | NA | 5,349,309.76 | 5,657,339.52 | 517,241.83 |
| TOTAL DISBURSEMENTS | $ NA | $ 8,459,293.15 | $ 6,840,844.76 | $ 1,675,052.00 |

4) This case was originally filed under chapter 11 on 06/03/2016, and it was converted to chapter 7 on 09/27/2016. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as Exhibit 8. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as Exhibit 9.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2021          By:/s/ANGELA WELCH , TRUSTEE
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| COMMERCIAL PROPERTY 6950 Seminole Blvd | 1110-000 | 1,675,052.00 |
| Liquidation of Real Property (Schedule A) | 1110-002 | 0.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,675,052.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2nd Mortg Tom Frederick | 4110-000 | NA | 85,000.00 | 85,000.00 | 85,000.00 |
| | First Mortg Whitney Bank | 4110-000 | NA | 646,242.39 | 646,242.39 | 646,242.39 |
| 000004 | L.V. LIQUOR, LLC | 4110-000 | NA | 1,926,478.15 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Seminole Lien | 4120-000 | NA | 171.01 | 171.01 | 171.01 |
| | utility lien | 4120-000 | NA | 339.99 | 339.99 | 339.99 |
| 000002 | PINELLAS COUNTY TAX COLLECTOR | 4700-000 | NA | 21,705.27 | 21,705.27 | 0.00 |
| 000003 | PINELLAS COUNTY TAX COLLECTOR | 4800-000 | NA | 3,989.80 | 3,989.80 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 2,683,926.61 | $ 757,448.46 | $ 731,753.39 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ANGELA WELCH, TRUSTEE | 2100-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |
| TRUSTEE COMPENSATION:WELCH, ANGELA | 2100-000 | NA | 48,501.56 | 48,501.56 | 48,501.56 |
| TRUSTEE EXPENSES:WELCH, ANGELA | 2200-000 | NA | 1,018.80 | 1,018.80 | 1,018.80 |
| lien search | 2500-000 | NA | 100.00 | 100.00 | 100.00 |
| recording fees | 2500-000 | NA | 45.50 | 45.50 | 45.50 |
| title search | 2500-000 | NA | 400.00 | 400.00 | 400.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | 2600-000 | NA | 10,412.54 | 10,412.54 | 10,412.54 |
| 2014 real estate tax | 2820-000 | NA | 18,004.50 | 18,004.50 | 18,004.50 |
| 2015 real estate tax | 2820-000 | NA | 18,512.71 | 18,512.71 | 18,512.71 |
| 2016 real estate tax | 2820-000 | NA | 16,821.22 | 16,821.22 | 16,821.22 |
| 2017 real estate tax | 2820-000 | NA | 4,252.40 | 4,252.40 | 4,252.40 |
| state tax | 2820-000 | NA | 11,725.00 | 11,725.00 | 11,725.00 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | NA | 975.00 | 975.00 | 975.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GENOVESE JOBLOVE & BATTISTA P.A. | 3210-000 | NA | 221,128.60 | 221,128.60 | 221,128.60 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):JENNIS LAW FIRM | 3210-000 | NA | 22,443.00 | 22,443.00 | 22,443.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GENOVESE JOBLOVE & BATTISTA P.A. | 3220-000 | NA | 4,639.35 | 4,639.35 | 4,639.35 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):JENNIS LAW FIRM | 3220-000 | NA | 29.60 | 29.60 | 29.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 404,009.78 | $ 404,009.78 | $ 404,009.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL TREUHAFT ATTY FOR CH. 11 DEBTO | 6990-000 | NA | 1,822.00 | 1,822.00 | 1,822.00 |
| TREUHAFT, JOEL | 6990-000 | NA | 20,225.00 | 20,225.00 | 20,225.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 22,047.00 | $ 22,047.00 | $ 22,047.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEEWYNN COX AS GUARDIAN OF JACQUELI | 7100-000 | NA | 0.00 | 308,029.76 | 308,029.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | DEEWYNN COX AS GUARDIAN OF JACQUELI | 7100-000 | NA | 2,541,280.00 | 2,541,280.00 | 209,212.07 |
| 000001-2 | INTERNAL REVENUE SERVICE | 7300-000 | NA | 0.00 | 0.00 | 0.00 |
| 000007 | DEEWYNN COX AS GUARDIAN OF JACQUELI | 7400-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | DEEWYNN COX AS GUARDIAN OF JACQUELI | 7400-000 | NA | 308,029.76 | 308,029.76 | 0.00 |
| 000005 | KATHERINE A. LOWY | 7400-000 | NA | 2,500,000.00 | 2,500,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 5,349,309.76 | $ 5,657,339.52 | $ 517,241.83 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-04857 | CED | Judge: Caryl E. Delano | Trustee Name: | ANGELA WELCH, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | | | Date Filed (f) or Converted (c): | 09/27/16 (c) |
| | | | | 341(a) Meeting Date: | 10/25/16 |
| For Period Ending: | 12/10/21 | | | Claims Bar Date: | 01/23/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY 6950 Seminole Blvd 6950 Seminole Blvd., LLC 65% interest | 780,000.00 | 200,000.00 | | 1,675,052.00 | FA |
| 2. CONTINGENT CLAIMS (u) possible causes of action | 0.00 | 1,000.00 | | 0.00 | FA |
| 3. COMMERCIAL PROPERTY 10570 Gandy Blvd | 2,200,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $2,980,000.00 | $201,000.00 | | $1,675,052.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-6/11/21 ECOD Order ID: 391132
-3/30/21 TFR
-12/20 hearing on fees, orders
-10/20 Attys file fee app
-6/20 atty working on fee app
-3/20 working on closing
See notes in related case 16-04856 Vegas Management, LLC
-10/24/16 cases under Joint Admin  docket entries in 16-04856
-11/17 working w/ epiq on coding deposit correcctly
-11/17 working w/ epiq on coding funds in / out correctly, they are having to work on, complicated transactions
-11/16/17 ongoing calls w/ epiq Kevin / Sylvia on getting deposit and cks out coded correctly.
-11/16/17 Sylvia at epiq worked on transactions w/ Roger.  Should be ok now, ran sample TFR.
-12/4/17 Atty Wrede K. called, his bank won't deposit ck, needs to be not his name on, but his firm: Hines Norman Hines, told him to write void on the check and send it back and i will reissue.

Initial Projected Date of Final Report (TFR): 12/31/18      Current Projected Date of Final Report (TFR): 12/31/20

PFORM1

Ver: 22.03f

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| Case No: | 16-04857 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1409 Checking Account |
| Taxpayer ID No: | *******8130 | | |
| For Period Ending: | 12/10/21 | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/17 | | Genovese Joblove & Battista PA | Sale Proceeds Order 227 | | 880,085.02 | | 880,085.02 |
| | 1 | GENOVESE JOBLOVE & BATTISTA PA | Memo Amount: 1,675,000.00 Sale Proceeds Order 227 | 1110-000 | | | |
| | | GENOVESE JOBLOVE & BATTISTA P.A. | Memo Amount: 1,000.00 closing fee GJB HUD # 1101 | 1110-002 | | | |
| | | GENOVESE JOBLOVE & BATTISTA P.A. | Memo Amount: 5,647.74 closing cost GJB HUD # 1108 | 1110-002 | | | |
| | 1 | | Memo Amount: 52.00 recording fee overestimate | 1110-000 | | | |
| | | | Memo Amount: ( 646,242.39 ) First Mortg Whitney Bank | 4110-000 | | | |
| | | | Memo Amount: ( 85,000.00 ) 2nd Mortg Tom Frederick | 4110-000 | | | |
| | | | Memo Amount: ( 4,252.40 ) 2017 real estate tax | 2820-000 | | | |
| | | | Memo Amount: ( 400.00 ) title search | 2500-000 | | | |
| | | | Memo Amount: ( 27.00 ) recording fees | 2500-000 | | | |
| | | | Memo Amount: ( 11,725.00 ) state tax | 2820-000 | | | |
| | | | Memo Amount: ( 18.50 ) recording fees | 2500-000 | | | |
| | | | Memo Amount: ( 18,004.50 ) 2014 real estate tax | 2820-000 | | | |
| | | | Memo Amount: ( 18,512.71 ) 2015 real estate tax | 2820-000 | | | |
| | | | Memo Amount: ( 16,821.22 ) 2016 real estate tax | 2820-000 | | | |
| | | | Memo Amount: ( 339.99 ) utility lien | 4120-000 | | | |
| | | | Memo Amount: ( 100.00 ) lien search | 2500-000 | | | |
| | | | Memo Amount: ( 171.01 ) City of Seminole Lien | 4120-000 | | | |
| 11/13/17 | 003001 | Genovese Joblove & Battista | Funds incorrectly deposited | 1110-002 | -1,000.00 | | 879,085.02 |
| 11/13/17 | 003002 | Genovese Joblove & Battista | Funds incorrectly deposited | 1110-002 | -5,647.74 | | 873,437.28 |
| 11/13/17 | 003003 | Genovese Joblove & Battista P.A. Robert Elgidely, Esq. 200 E. Broward Blvd.., Ste. 1110 Ft. Lauderdale, FL  33301 | Attys Fees Order Doc 298 | | | 176,091.23 | 697,346.05 |
| | | | Fees     171,737.06 | 3210-000 | | | 697,346.05 |
| | | | Expenses   4,354.17 | 3220-000 | | | 697,346.05 |
| 11/13/17 | 003004 | Jennis Law Firm 400 N. Ashley Dr., Ste. 2540 Tampa, FL  33602 | Attorneys Fees Order Doc 260, 304 | | | 22,472.60 | 674,873.45 |
| | | | Fees     22,443.00 | 3210-000 | | | 674,873.45 |
| | | | Expenses     29.60 | 3220-000 | | | 674,873.45 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-04857 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1409 Checking Account |
| Taxpayer ID No: | *******8130 | | |
| For Period Ending: | 12/10/21 | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/29/17 | 003005 | Trustee Account of G. Wrede Kirkpatrick Deewynn Cox, Guardian Jacqueline Lowy 315 S. Syde Park Ave. Tampa, FL 33606 | Per Order Doc No 299 | 7100-003 | | 308,029.76 | 366,843.69 |
| * 12/13/17 | 003005 | Trustee Account of G. Wrede Kirkpatrick Deewynn Cox, Guardian Jacqueline Lowy 315 S. Syde Park Ave. Tampa, FL 33606 | void reissue ck 3005 | 7100-003 | | -308,029.76 | 674,873.45 |
| 12/13/17 | 003006 | Trustee Account of Hines Norman Hines, P.L., for benefit of Deewynn Cox, asGuardianof Jacqueline Lowy 315 S. Hyde Park Ave. Tampa, FL 33606 | Per Order Doc No 299 | 7100-000 | | 308,029.76 | 366,843.69 |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 789.74 | 366,053.95 |
| 01/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 818.39 | 365,235.56 |
| 02/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 543.79 | 364,691.77 |
| 03/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 490.24 | 364,201.53 |
| 04/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 541.90 | 363,659.63 |
| 05/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 523.70 | 363,135.93 |
| 06/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 540.33 | 362,595.60 |
| 07/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 522.16 | 362,073.44 |
| 08/27/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 538.75 | 361,534.69 |
| 09/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 538.02 | 360,996.67 |
| 10/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 519.86 | 360,476.81 |
| 11/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 536.37 | 359,940.44 |
| 12/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 518.36 | 359,422.08 |
| 01/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 534.83 | 358,887.25 |
| 02/05/19 | 003007 | Angela Welch, Trustee | Interim Fees Order 348 | 2100-000 | | 25,000.00 | 333,887.25 |
| 02/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 534.03 | 333,353.22 |
| 03/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 454.12 | 332,899.10 |
| 04/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 495.31 | 332,403.79 |
| 05/28/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 478.68 | 331,925.11 |
| 06/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 493.96 | 331,431.15 |
| 08/15/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 331,431.15 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Receipts: | 1,681,699.74 | Account *******1409 | Balance Forward | 0.00 | 8 Checks | 531,593.59 |
| Memo Disbursements: | 801,614.72 | | 1 Deposits | 873,437.28 | 19 Adjustments Out | 10,412.54 |
| Memo Allocation Net: | 880,085.02 | | 0 Interest Postings | 0.00 | 1 Transfers Out | 331,431.15 |
| | | | Subtotal | $ 873,437.28 | | |
| | | | 0 Adjustments In | 0.00 | Total | $ 873,437.28 |
| | | | 0 Transfers In | 0.00 | | |
| | | | Total | $ 873,437.28 | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-04857 -CED | | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|
| Case Name: | JFL VENTURE FUND IV, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0143 Checking Account |
| Taxpayer ID No: | *******8130 | | | |
| For Period Ending: | 12/10/21 | | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/19 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 331,431.15 | | 331,431.15 |
| 06/14/21 | 070001 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Compensation/Fees | 2100-000 | | 48,501.56 | 282,929.59 |
| 06/14/21 | 070002 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Expenses | 2200-000 | | 1,018.80 | 281,910.79 |
| 06/14/21 | 070003 | Genovese Joblove & Battista P.A.<br>Robert Elgidely, Esq.<br>200 E. Broward Blvd.., Ste. 1110<br>Ft. Lauderdale, FL  33301 | Attorney for Trustee Fees (Other Fi | | | 49,676.72 | 232,234.07 |
| | | | Fees              49,391.54 | 3210-000 | | | 232,234.07 |
| | | | Expenses           285.18 | 3220-000 | | | 232,234.07 |
| 06/14/21 | 070004 | Office of the United States Trustee<br>Timberlake Annex, Suite1200<br>501 E. Polk St.<br>Tampa, FL  33602 | U. S. Trustee Quarterly Fees | 2950-000 | | 975.00 | 231,259.07 |
| 06/14/21 | 070005 | Joel Treuhaft Atty  Ch. 11 FEES<br>Palm Harbor Law Group<br>2991 Alt. 19., Ste. B<br>Palm Harbor, FL  34683 | CHAPTER 11 ADMIN EXP | 6990-000 | | 20,225.00 | 211,034.07 |
| 06/14/21 | 070006 | Joel Treuhaft Atty for Chpt. 11 Debtor<br>Palm Harbor Law Group, PA<br>2991 Alternate 19, Ste. B<br>Palm Harbor, FL  34683 | Other Prior Chapter Administrative | 6990-000 | | 1,822.00 | 209,212.07 |
| 06/14/21 | 070007 | Deewynn Cox as Guardian of Jacqueline Lowy<br>Linda Lowy Steven Lowy Ann Udis Trustees<br>c/o Michael P. Horan, Esq., Trenam Law<br>200 Central Ave #1600 St Pete FL 33701 | Claim 000006, Payment 8.23255% | 7100-000 | | 209,212.07 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Receipts: | 0.00 | Account *******0143 | Balance Forward | 0.00 | 7 Checks | 331,431.15 |
| Memo Disbursements: | 0.00 | | 0 Deposits | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Net: | 0.00 | | 0 Interest Postings | 0.00 | 0 Transfers Out | 0.00 |
| | | | Subtotal | $ 0.00 | | |
| | | | | | Total | $ 331,431.15 |
| | | | 0 Adjustments In | 0.00 | | |
| | | | 1 Transfers In | 331,431.15 | | |
| | | | Total | $ 331,431.15 | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 16-04857 -CED |
| Case Name: | JFL VENTURE FUND IV, LLC |
| Taxpayer ID No: | *******8130 |
| For Period Ending: | 12/10/21 |

| | |
|---|---|
| Trustee Name: | ANGELA WELCH , TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0143 Checking Account |
| Blanket Bond (per case limit): | $ 30,832,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | |
|---|---|---|
| Total Memo Receipts: | | 1,681,699.74 |
| Total Memo Disbursements: | | 801,614.72 |
| Total Memo Allocation Net: | | 880,085.02 |

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 873,437.28 | 15 | Checks | 863,024.74 |
| 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 10,412.54 |
| | | | 1 | Transfers Out | 331,431.15 |
| | Subtotal | $ 873,437.28 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 1,204,868.43 |
| 1 | Transfers In | 331,431.15 | | | |
| | Total | $ 1,204,868.43 | | Net Total Balance | $ 0.00 |